PER CURIAM.
Affirmed. See Baxter v. Palmigiano, 425 U.S. 308, 96 S.Ct. 1551, 47 L.Ed.2d 810 (1976); Roush v. State, 413 So.2d 15 (Fla. 1982); Binger v. King Pest Control, 401 So.2d 1310 (Fla.1981); Dunnigan v. State, *171 364 So.2d 1217 (Fla.1978); Levenstein v. Sapiro, 279 So.2d 858 (Fla.1973); Codomo v. Emanuel, 91 So.2d 653 (Fla.1956); Willis v. Fowler, 102 Fla. 35, 136 So. 358 (1931); Insurance Co. of the State of Pennsylvania v. Estate of Guzman, 421 So.2d 597 (Fla. 4th DCA 1982); Fenick v. Robertson, 406 So.2d 1263 (Fla. 4th DCA 1981); Harrell v. Branson, 344 So.2d 604 (Fla. 1st DCA), cert. denied, 353 So.2d 675 (Fla.1977); Kennedy & Cohen, Inc. v. Allen Appliance Service, Inc., 214 So.2d 488 (Fla. 3d DCA 1968); Applefield v. Commercial Standard Insurance Co., 176 So.2d 366 (Fla. 2d DCA 1965); Doral Country Club, Inc. v. Lindgren Plumbing Co., 175 So.2d 570 (Fla. 3d DCA), cert. denied, 179 So.2d 212 (Fla.1965).